**FILED**
October 19, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:18-MJ-00212-DB
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
KASHAN A. AYUB, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KASHAN A. AYUB</u>, Case No. <u>2:18-MJ-00212-DB</u>, Charge <u>Pretrial Release Violation</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of $_____

        \_ Unsecured Appearance Bond

        \_ Appearance Bond with 10% Deposit

        \_ Appearance Bond with Surety

        \_ Corporate Surety Bail Bond

    ✔ (Other) <u>All previously imposed conditions of Pretrial Release remian in full force and effect.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 19, 2018</u> at <u>2:25 PM</u>.

By _____
Deborah Barnes
United States Magistrate Judge